# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION | MDL Docket No. 2196<br>Index No. 10-MD-2196 (JZ) |
| This document relates to: | |
| DIRECT AND INDIRECT CLASS ACTIONS | |

## STIPULATION AND ORDER

Direct Purchaser and Indirect Purchaser Class Plaintiffs and Crest Foam Industries, Inc., Inoac USA, Inc., Ohio Decorative Products, Inc., Inoac Corp., and Inoac International ("Stipulating Parties"), hereby stipulate pursuant to Fed. R. Civ. 41(a)(1)(A)(ii) to a dismissal of Stipulating Parties without prejudice.

Stipulating Parties in turn agree that corporate representatives will make themselves available for depositions of up to seven hours each collectively by undersigned plaintiffs without the necessity of third-party subpoenas, and as non-parties and subject to the Order Regarding Discovery Protocols (Doc. No. 241) except as provided herein. The parties disagree about whether such depositions must take place in the city of the deponent's residence or place of employment (at the deponent's choosing), or at another location. The Stipulating Parties, for the purposes of this Order, agree that such depositions shall take place at a location mutually agreed upon by the parties or ordered by the Court.

Should Plaintiffs find a basis for bringing one or more of such Stipulating Parties back into this litigation, Plaintiffs may move for leave of Court to do so, and Defendants and

Stipulating Parties will have an opportunity to respond. The Stipulating Parties also agree that should the Court order one or more of these Stipulating Parties back into the case, such party(ies) will waive formal service of any amended complaint(s), and service on its or their counsel will be effective.

The parties also agree that all applicable state and federal statutes of limitations for the filing of any claims, defenses, counterclaims, and/or third party claims concerning the matters alleged in the Direct Purchaser Plaintiffs and Indirect Purchaser Consolidated Amended Complaints (Doc. Nos. 46 and 52) shall be tolled until the date for adding new parties, as set forth in Paragraph 4 of the Joint Scheduling Order (Doc. No. 112), or any amended date for adding new parties.

The parties agree that by entering into this Stipulation or making corporate representatives available for deposition or participating in such depositions, the Plaintiffs and Stipulating Parties expressly preserve and do not waive, prejudice, release, or otherwise lose any available claims or defenses (including jurisdictional defenses) that may be available under the Federal Rules of Civil Procedure or any other rules, statutory or common law claim or defense. Neither the execution of this Stipulation nor anything contained herein is intended to be, nor shall be deemed to be, an admission of any liability or defense by anyone, or an admission of the existence of facts upon which liability or a defense could be based or contested.

STIPULATED BY:

/s/*William A. Isaacson*  
William A. Isaacson  
BOIES, SCHILLER & FLEXNER LLP  
5301 Wisconsin Avenue, NW  
Washington, DC 20015  
Phone: 202-237-5607  
Fax:    202-237-6131  

/s/*Stephen R. Neuwirth*  
Stephen R. Neuwirth  
QUINN EMANUEL URQUHART  
  & SULLIVAN, LLP  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  
Phone: 212-849-7165  
Fax:    212-849-7100

*Direct Purchaser (Class Action) Plaintiffs' Interim Lead Counsel*

/s/*Marvin A. Miller*
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Phone: 312-332-3400
Fax: 312-676-2676

*Indirect Purchaser Plaintiffs' Interim Lead Counsel*

| | |
|---|---|
| /s/*Howard B. Iwrey*<br>Howard B. Iwrey<br>DYKEMA GOSSETT, PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304-2820<br>Phone: 248-203-0526<br>Fax: 248-203-0763<br><br>***Counsel for Defendants Inoac USA Inc., Crest Foam Industries, Inc., Inoac Corp., and Inoac International*** | /s/*Kendall Millard*<br>Kendall Millard<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Kendall.millard@btlaw.com<br><br>***Counsel for Defendant Ohio Decorative Products, Inc.*** |

**SO ORDERED:**

s/ Jack Zouhary      9/28/11

Jack Zouhary
United States District Judge

BH01\1396107.8
ID\HBI - 105595/0018